FILED

MAR 31 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCHES OF: | S.W. NO.  06SW0088 LJO |
|---|---|
| 291 N. Maple Avenue<br>Fresno, California 93702 | **UNDER SEAL**<br><br>ORDER SEALING SEARCH<br>WARRANT AFFIDAVIT |
| 115 S. Willow Avenue<br>Fresno California 93727 | |
| 4530 E. Mono Street,<br>Fresno California 93702 | |
| 346 S. Dearing Avenue<br>Fresno California 93702 | |
| 820 North Street<br>Sanger California 93657 | |
| 1638 10th Street<br>Sanger California 93657 | |
| 622 Eastwood Avenue<br>Sanger California 93657 | |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant and applicant and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Stanley A.

1

1 | Boone, under seal, and good cause appearing therefor,

2 |     IT IS HEREBY ORDERED that the search warrant affidavit in
3 | the above-entitled proceeding, together with the Application To
4 | Seal of the United States Attorney and the accompanying
5 | Memorandum of Points and Authorities and Declaration of Stanley
6 | A. Boone, shall be filed with the Court <u>in</u> <u>camera</u>, under <u>seal</u>
7 | and shall not be disclosed pending further order of this court.

DATED: 3-31-06

LAWRENCE J. O'NEILL
U.S. Magistrate Judge

1